**October 18, 2013**

| CAAP–13–00 00127 | Oahu Publications, Inc. v. Abercrombie | Affirmed, Vacated and Remanded |
| CAAP–12–00 00971 | State v. Lewis | Affirmed |